IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-30177-04-MJR |
| | ) | |
| HOSSAM AHMED, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, Chief Judge:

On April 28, 2015, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Ahmed entered a guilty plea as to Count 1 of the indictment (charging conspiracy to unlawfully acquire food stamps). By Report and Recommendation docketed April 28, 2015 (Doc. 96), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (**May 15, 2015**) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 96), **ACCEPTS** Defendant Ahmed's guilty plea, and **ADJUDGES** Defendant guilty of the offense set forth in the indictment to which Defendant pled guilty on April 28, 2015.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **9:00 a.m. on July 31, 2015.**

IT IS SO ORDERED.

DATED  May 18, 2015.


                                                        s/ Michael J. Reagan  
                                                       MICHAEL J. REAGAN  
                                                       United States District Judge